**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP-TEXAS, TEXAS ORGANIZING PROJECT, WORKERS DEFENSE ACTION FUND,<br>*Plaintiffs,*<br><br>v.<br><br>JOSE A. ESPARZA, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE (ACTING); KEN PAXTON, TEXAS ATTORNEY GENERAL; ISABEL LONGORIA, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY ELECTIONS ADMINISTRATOR; AND DANA DEBEAUVOIR, IN HER OFFICIAL CAPACITY AS TRAVIS COUNTY CLERK;<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:21-CV-780-RP |

**ORDER**

At approximately 11:00 a.m., September 7, 2021, the Governor of the State of Texas signed S.B. 1. Various plaintiffs now bring challenges, asserting that the legislation violates provisions of the Voting Rights Act, 42 U.S.C. § 1983, the Americans with Disabilities Act, the Rehabilitation Act, and the First, Fourteenth, and Fifteenth Amendments to the United States Constitution. Two of the cases (1:21-cv-780-RP and 5:21-cv-844-FB) were filed on September 3, 2021, before the Governor signed S.B.1. On September 7, 2021, 5:21-cv-848-XR was filed at 11:12 A.M. Minutes later, 1:21-cv-786-RP was filed at 11:23 A.M.

"Courts in the Fifth Circuit generally follow a 'first-filed rule' in deciding which Court should maintain jurisdiction over claims that arise out of the same subject matter but are pressed in different suits." *Igloo Products Corp. v. The Mounties, Inc.*, 735 F. Supp. 214, 217 (S.D. Tex. 1990). "The concern . . . is to avoid the waste of duplication, to avoid rulings which may trench upon the

authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *West Gulf Mar. Ass'n v. ILA Deep Sea Local 24*, 751 F.2d 721, 729 (5th Cir. 1985).

In addition, over the past sixty days, this Court has been assigned a number of complex matters of urgent public concern. In light of these circumstances and the Court's resource constraints, the Court will transfer this case for resolution in conjunction with the related cases listed above. Applying the first-filed rule to the cases timely filed after the Governor signed S.B. 1, and in the interests of judicial economy and efficiency, the above case is transferred to United States District Judge Xavier Rodriguez.

Accordingly, **IT IS ORDERED** that this case is **TRANSFERRED** to the docket of United States District Judge Xavier Rodriguez for all purposes. Pursuant to the Amended Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

**SIGNED** this September 15, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE