UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS
OF TEXAS, REVUP-TEXAS, TEXAS ORGANIZING PROJECT,
and WORKERS DEFENSE ACTION FUND,

-vs-     Case No.:     - XR

TEXAS SECRETARY OF STATE JOSE A. ESPARZA (acting), *in his official capacity*, TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity*, HARRIS COUNTY ELECTIONS ADMINISTRATOR ISABEL LONGORIA, *in her official capacity*, TRAVIS COUNTY CLERK DANA DEBEAUVOIR, *in her official capacity*,

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) _____,

with offices at

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Facsimile: _____

2. Since _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____.

    Applicant's bar license number is _____.

3. Applicant has been admitted to practice before the following courts:

    **New York State (Nov. 18, 2013)**
    **U.S. Supreme Court (June 12, 2017)**
    **U.S. Court of Appeals for the 3rd Cir. (Nov. 24, 2020)**
    **U.S. Court of Appeals for the 4th Cir. (Apr. 28, 2016)**
    **U.S. Court of Appeals for the 5th Cir. (May 22, 2017)**
    **U.S. Court of Appeals for the 6th Cir. (Apr. 6, 2017)**
    **U.S. Court of Appeals for the 7th Cir. (July 13, 2018)**
    **U.S. Court of Appeals for the 8th Cir. (Nov. 4, 2016)**
    **U.S. Court of Appeals for the 10th Cir. (May 4, 2016)**
    **U.S. Court of Appeals for the 11th Cir. (May 17, 2017)**
    **U.S. District Court for Eastern District of Wisconsin (May 11, 2015)**

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    _____

    _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

    _____

    _____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    _____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☐ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-counsel: _____

   Mailing address: _____

   City, State, Zip Code: _____

   Telephone: _____

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ to the Western District of Texas *pro hac vice* for this case only.

                                           Respectfully submitted,

                                           _____
                                           [printed name of Applicant]

                                           _____
                                           [signature of Applicant]

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **16th** day of _____, _____.

                                           _____
                                           [printed name of Applicant]

                                           _____
                                           [signature of Applicant]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS
OF TEXAS, REVUP-TEXAS, TEXAS ORGANIZING PROJECT,
and WORKERS DEFENSE ACTION FUND,
 -vs-                                                                                    Case No. _____-XR
TEXAS SECRETARY OF STATE JOSE A. ESPARZA (acting), *in his official capacity,* TEXAS ATTORNEY GENERAL KEN PAXTON, *in his official capacity,* HARRIS COUNTY ELECTIONS ADMINISTRATOR ISABEL LONGORIA, *in her official capacity,* TRAVIS COUNTY CLERK DANA DEBEAUVOIR, *in her official capacity,*

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____ ("Applicant"), counsel for _____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE